■ RICHARD M. MEYERS, Respondent, v CHARLES MAHSER-JIAN, Defendant and Third-Party Plaintiff-Appellant, and J.T. LIN, INC., Respondent. PARC PARTNERS, Doing Business as PARV V RESTAURANT, et al., Third-Party Defendants-Respondents. [625 NYS2d 953] —Appeal from an order of the Supreme Court (Hughes, J.), entered December 1, 1993 in Albany County, which, inter alia, granted third-party defendants' motion for summary judgment dismissing the third-party complaint.

Order affirmed, with one bill of costs, upon the opinion of Justice Harold J. Hughes.

Mikoll, J. P., White, Casey and Peters, JJ., concur. Ordered that the order is affirmed, with one bill of costs.